IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RACHEL TORREY DANIELLE EPPERSON,<br><br>        Defendant. | Case No. 3:20-cr-00055-SLG |

## ORDER RE MOTION FOR REMOVAL OF FEDERAL DETAINER

Before the Court at Docket 164 is Defendant Epperson's Motion for Removal of Federal Detainer. The Government responded in opposition to the motion at Docket 165.

For the reasons set forth in the Government's opposition, the motion is DENIED. Although it appears that the State Superior Court intended the federal term to be served concurrent to the state sentence,[1] this Court clearly ordered that the federal sentence be served consecutive to the state sentence. That is expressly stated in the Judgment of Conviction.[2] In addition, this Court recently reviewed a draft transcript of that portion of the sentencing hearing that confirmed

---

[1] See Docket 164-1 (state court sentencing document).

[2] Docket 94 at 2 (Judgment of Conviction).

that, after discussion of this issue on the record with both parties, this Court intended for and ordered that the federal sentence run consecutive to the state sentence.

IT IS SO ORDERED this 12th day of March, 2024.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cr-00055-SLG, *USA v. Epperson*
Order re Motion for Removal of Federal Detainer
Page 2 of 2
Case 3:20-cr-00055-SLG   Document 166   Filed 03/12/24   Page 2 of 2